FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 19-0613-CJC-3 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jeremiah Wyatt, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District/Calif.** for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **ongoing substance abuse, allegations of the**

violation petition, insufficient bail resources,

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: active protection order, ongoing substance abuse, criminal history includes violence, prior violations on which no action taken

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 15, 2023

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2